FILED: December 2, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2188
(5:21-cv-00066-TTC)

_____

MEGAN WHITTINGTON

      Plaintiff - Appellant

v.

THE SHENANDOAH COUNTY COMMONWEALTH OF VIRGINIA; STEPHANIE COOL-DANNER, Former FSS at Shenandoah County Department of Social Services; HEATHER FROST, Supervisor at Shenandoah County Department of Social Services

      Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Harrisonburg |
| Originating Case Number | 5:21-cv-00066-TTC |
| Date notice of appeal filed in originating court: | 11/26/2024 |
| Appellant | Megan Whittington |
| Appellate Case Number | 24-2188 |
| Case Manager | Jeffrey S. Neal<br>804-916-2702 |