# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 24-2188 as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Shenandoah County DSS and Stephanie Cool-Danner as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_/s/ Rosalie C. Fessier_
(signature)

Rosalie Pemberton Fessier
Name (printed or typed)

540-885-1517
Voice Phone

TimberlakeSmith
Firm Name (if applicable)

540-885-4537
Fax Number

P. O. Box 108

Staunton, VA 24402-0108
Address

rfessier@timberlakesmith.com
E-mail address (print or type)

OR, I, _____, AM NOT PARTICIPATING IN THIS CASE.
(Name)

APPELLATE COUNSEL IS: _____.
(Name) (Phone)

## CERTIFICATE OF SERVICE

I certify that on 12-16-2024 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Megan Whittington
120 Hottel Road
Woodstock, VA 22664

_/s/ Rosalie C. Fessier_
Signature

12/16/2024
Date